JEFFREY S. BENICE., State Bar No. 81583
BENICE LAW
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600
Facsimile: (714) 641-3604
Website: www.JeffreyBenice.com
E-mail: JSB@JeffreyBenice.com

*Counsel for Plaintiff and the Proposed Class*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA RIVAS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHYSICIAN LABORATORIES, INC., an Arizona corporation; MDX LOGISTICS, Michigan corporation; SEBAPHARMA GmbH & CO, KG, a corporation organized under the laws of Germany; COSTCO WHOLESALE CORPORATION, a Washington corporation; RITE AID CORPORATION, a Delaware corporation; ALEX FAZELI, an individual; MONROE FAZELI, an individual; and DOES 1 through 100,<br><br>Defendants. | Case No.: 8:18-cv-00729-DOC-AGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO 41(a)(1)(A)(i) OF ENTIRE ACTION; ORDER [73]**<br><br>[Case Removed: April 27, 2018]<br><br>[Assigned to the Hon. David O. Carter] |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER**

**TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Melissa Rivas ("Lead Plaintiff'), through her counsel of record, hereby voluntarily dismisses the action without prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) as follows:

WHEREAS, Lead Plaintiff's complaint asserting claims under the California Consumers Legal Remedies Act [Cal. Civ. Code §§ 1750 et seq.] and related claims was filed on March 9, 2018 in California state court;

WHEREAS, on April 27, 2018 the Action was removed to this Court;

WHEREAS, on November 5, 2018 a second amended complaint was filed;

WHEREAS, defendants have neither answered nor moved for summary judgment;

WHEREAS, the action was filed as a class action but has not been certified as such;

WHEREAS, Lead Plaintiff and her counsel have decided to voluntarily dismiss the claims of Lead Plaintiff without prejudice;

WHEREAS, Lead Plaintiff and her counsel have entered into no agreement with any defendant in connection with the voluntary dismissal without prejudice;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff is entitled to dismiss this action on her own initiative:

> *"Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. . . ."*

WHEREAS, this case involves putative class claims;

WHEREAS, neither Lead Plaintiff nor Lead Counsel has received or will

receive any consideration for the dismissal without prejudice;

WHEREAS, Federal Rule of Civil Procedure 23(e)(1)(A) is inapplicable to the instant dismissal as Rule 23(e) was amended in 2003 to resolve the ambiguity in former Rule 23(e)'s reference to dismissal of "*a class action*," (See, 2003 Advisory Committee Notes), and now provides:

> *"The court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a **certified class**."*

Fed. R. Civ. P. 23(e); see e.g., <u>Cook v. WMC Mortgage Corp</u>., No. 06-535, 2006 WL 2873439, at * 1 (S.D. Ill. Oct. 5, 2006)(permitting voluntarily dismissal of putative class action pursuant to Fed. R. Civ. P 41(a)(1)(i) and discussing Rule 23 amendments);

WHEREAS, no prejudice to absent putative class members will result from dismissal of the action, because a class has not been certified and the dismissal will not affect their rights;

WHEREAS, Federal Rule of Civil Procedure 23(e)(1)(B) is inapplicable to the instant dismissal as none of the absent putative class members would be bound:

> *"The court must direct notice in a reasonable manner to all class members who would be bound by a proposed settlement, voluntary dismissal, or compromise."*

Fed. R. Civ. P. 23(e)(1)(B); see also 2003 Advisory Committee Notes ("notice is not required when the settlement only binds the individual class representatives."); and

WHEREAS, no notice need be sent to absent putative class members, because a class has not been certified, the case is in its infancy, the case has not been widely publicized and no absent putative class member will be bound by the voluntary dismissal of Lead Plaintiff's claims.

1    THEREFORE, Lead Plaintiff hereby dismisses the action without prejudice
2  as to the individual claims of Lead Plaintiff.

5  Dated: December 11, 2018                    Respectfully Submitted,

                                               /s/ Jeffrey S. Benice
                                               _____
                                               Jeffrey S. Benice, Esq.
                                               Attorney for Plaintiff,
                                               Plaintiff and the Proposed Class

10        SO ORDERED.

11   Dated:  December 13, 2018                 /s/ David O. Carter
                                               _____
                                               DAVID O. CARTER
12                                             U.S. District Judge